NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CAMBRIAN SCIENCE CORPORATION, A CALIFORNIA CORPORATION,
*Plaintiff-Appellant,*

v.

COX COMMUNICATIONS, INC., A DELAWARE CORPORATION, 360 NETWORKS USA INC., A NEVADA CORPORATION, TELEKENEX, A DELAWARE CORPORATION, INFINERA, CORPORATION, A DELAWARE CORPORATION, XO COMMUNICATIONS SERVICES LLC, A DELAWARE LIMITED LIABILITY COMPANY, GLOBAL CROSSING TELECOMMUNICATIONS, INC., A MICHIGAN CORPORATION, LEVEL 3 COMMUNICATIONS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, ELECTRIC LIGHTWAVE LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND IXC HOLDINGS INC., DBA TELEKENEX, A DELAWARE CORPORATION,
*Defendants-Appellees.*

---

2014-1686

---

Appeal from the United States District Court for the Central District of California in No. 8:11-CV-01011 AG (JPRx), Judge Andrew J. Guildford.

---

## ON MOTION

## ORDER

Appellant moves to withdraw its September 29, 2014 motion for extension of time and to vacate this court's September 30, 2014 order granting that motion. The parties jointly move for extensions of time until November 6, 2014 for appellant to file its principal brief and until January 5, 2015 for appellees to file their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. This court's September 30, 2014 order is vacated.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30